UNITED STATES of America, Appellee,

v.

Corey D. BOYD, Appellant.

No. 92–3020.

United States Court of Appeals, District of Columbia Circuit.

Nov. 1, 1995.

Before EDWARDS, Chief Judge, WALD and GINSBURG, Circuit Judges.

---

*ORDER*

PER CURIAM.

Prior report: 55 F.3d 667.

Upon consideration of the Joint Motion to Remand Case for Entry of Guilty Plea, it is

**ORDERED,** by the Court, that the motion is granted and this case is remanded to the district court.

The petition for rehearing is dismissed as moot.

This Clerk is directed to transmit a certified copy of this order to the District Court in lieu of a formal mandate.